**FLINK/VULCAN, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 05–5048.**

United States Court of Appeals,
Federal Circuit.

Jan. 12, 2006.

Before MICHEL, Chief Judge,
GAJARSA and LINN, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.